IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZENA PHILLIPS,
on behalf of herself and all other
similarly situated Illinois citizens,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and PRUCO LIFE INSURANCE COMPANY,

Defendants.                                         No. 11-0058-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On March 18, 2011, Plaintiff filed an amended complaint (Doc. 18). Thus, the Court **DENIES** as moot Prudential Financial Inc.'s motion to dismiss (Doc. 12).

**IT IS SO ORDERED.**

Signed this 19th day of March, 2011.

David R. Herndon
2011.03.19
17:15:16 -05'00'

**Chief Judge
United States District Court**