IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZENA PHILLIPS,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al.,

Defendants.                                            No. 11-0058-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On May 26, 2011, defendants filed a reply in opposition to their motion to dismiss (Doc. 42).

Local Rule 7.1 (c) states in part:

Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief shall state the exceptional circumstances.

Here, the reply brief does not state the exceptional circumstances as to why a reply brief is needed. Thus, the Court **STRIKES** the reply.

**IT IS SO ORDERED.**

Signed this 27th day of May, 2011.

Digitally signed by David R. Herndon
Date: 2011.05.27 14:57:22 -05'00'

**Chief Judge**
**United States District Court**