IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZENA PHILLIPS,

    Plaintiff,

-vs-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al,

    Defendants.                   NO. 11-CV-0058-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on defendant's motion to dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 28, 2011 judgment is entered in favor of the defendants, **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and PRUCO LIFE INSURANCE COMPANY,** and against the plaintiff, **ZENA PHILLIPS**, on behalf of herself and all other similarly situated Illinois citizens.

                    **NANCY J. ROSENSTENGEL,**
                    **CLERK OF COURT**


                    **BY:**       */s/Sandy Pannier*
                                **Deputy Clerk**

Dated: November 28, 2011

                David R. Herndon
                2011.11.28
                16:00:40 -06'00'
APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT